# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

STELLAR 83 COURT, LLC

**ADR SELECTION STIPULATION**

Plaintiff,

**Case:** 3:12-cv-335-DNH-ATB

-against-

BANK OF AMERICA, NA

Defendant,

[and third-party action]

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties hereto, that __George H. Lowe__, Esquire has been selected, contacted, and has agreed to serve in the capacity of __Mediator__ for the above entitled action.

IT IS FURTHER STIPULATED AND AGREED, by and between counsel for all parties that the __Mediation__ session will be scheduled at the earliest possible convenience, bearing in mind the program completion deadline set forth in the Uniform Pretrial Scheduling Order.

Dated: __August 27, 2012__

s/Daniel E. Sarzynksi
Counsel for Plaintiff(s)

s/Robert A. Barrer
Counsel for Defendant(s)

s/W. Bradley Hunt
Counsel for Third-Party Defendants