UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STELLAR 83 COURT, LLC,<br><br>            Plaintiff,<br><br>- against -<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant and Third<br>            Party Plaintiff,<br><br>-against-<br><br>PMC PROPERTY GROUP, INC.,<br>ROOSEVELT'S INC., AND RONALD<br>CAPLAN,<br><br>            Third Party Defendants. | **STIPULATION AND ORDER FOR JURY TRIAL**<br><br>Civil Action No. 3:12-cv-00335-DNH-ATB |

**IT IS HEREBY STIPULATED**, by and among the undersigned, the attorneys for the parties hereto, that none of the parties opposes the late filing of a demand for a jury trial by plaintiff, and that this stipulation shall constitute plaintiff's demand for a jury trial on all issues pursuant to Federal Rule of Civil Procedure 38.

**DATED**:  December 28, 2012

| | |
|---|---|
| **RUPP, BAASE, PFALZGRAF,<br> CUNNINGHAM & COPPOLA, LLC**<br><br>By:  s/ Daniel E. Sarzynski<br>Daniel E. Sarzynski<br>Bar Roll No. 510945<br>*Attorneys for Plaintiff*<br>1600 Liberty Building<br>Buffalo, New York  14202<br>Telephone: (716) 854-3400<br>Facsimile: (716) 332-0336<br>Email: sarzynski@ruppbaase.com | **HISCOCK & BARCLAY, LLP**<br><br>By:   s/ Robert A. Barrer<br>Robert A. Barrer<br>Bar Roll No. 101099<br>*Attorneys for Defendant/ Third-Party Plaintiff*<br>300 South State Street<br>Syracuse, New York 13202-2078<br>Telephone: (315) 425-2704<br>Facsimile: (315) 425-8544<br>Email: rbarrer@hblaw.com |

**MACKENZIE HUGHES LLP**

By: s/ W. Bradley Hunt
W. Bradley Hunt
Bar Roll No.: 512811
*Attorneys for Third-Party Defendants*
101 South Salina Street, Suite 600
Syracuse, New York  13202-4967
Telephone: (315) 474-7571
Facsimile: (315) 426-8358
Email: bhunt@mackenziehughes.com

**IT IS SO ORDERED.**

**DATED:**        _____ __, 201_

Andrew T.  Baxter, U.S. Magistrate Judge