UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STELLAR 83 COURT, LLC,

        Plaintiff,

- against -

BANK OF AMERICA, N.A.,

        Defendant.

BANK OF AMERICA, N.A.,

        Defendant and Third Party Plaintiff,

-against-

PMC PROPERTY GROUP, INC., ROOSEVELT'S INC., AND RONALD CAPLAN,

        Third Party Defendants.

**STIPULATION AND ORDER FOR JURY TRIAL**

Civil Action No. 3:12-cv-00335-DNH-ATB

        **IT IS HEREBY STIPULATED**, by and among the undersigned, the attorneys for the parties hereto, that none of the parties opposes the late filing of a demand for a jury trial by plaintiff, and that this stipulation shall constitute plaintiff's demand for a jury trial on all issues pursuant to Federal Rule of Civil Procedure 38.

**DATED**:  December 28, 2012

| | |
|---|---|
| **RUPP, BAASE, PFALZGRAF,**<br> **CUNNINGHAM & COPPOLA, LLC** | **HISCOCK & BARCLAY, LLP** |
| By:   s/ Daniel E. Sarzynski<br>Daniel E. Sarzynski<br>Bar Roll No. 510945<br>*Attorneys for Plaintiff*<br>1600 Liberty Building<br>Buffalo, New York  14202<br>Telephone: (716) 854-3400<br>Facsimile: (716) 332-0336<br>Email: sarzynski@ruppbaase.com | By:   s/ Robert A. Barrer<br>Robert A. Barrer<br>Bar Roll No. 101099<br>*Attorneys for Defendant/ Third-Party Plaintiff*<br>300 South State Street<br>Syracuse, New York 13202-2078<br>Telephone: (315) 425-2704<br>Facsimile: (315) 425-8544<br>Email: rbarrer@hblaw.com |

**MACKENZIE HUGHES LLP**

By:  s/ W. Bradley Hunt
W. Bradley Hunt
Bar Roll No.: 512811
*Attorneys for Third-Party Defendants*
101 South Salina Street, Suite 600
Syracuse, New York  13202-4967
Telephone: (315) 474-7571
Facsimile: (315) 426-8358
Email: bhunt@mackenziehughes.com

**IT IS SO ORDERED.**

**DATED:**       January 2, 2013

_____
Andrew T. Baxter, U.S. Magistrate Judge